FILED U.S. DISTRICT COURT AT WHEELING, WV
OCT 2 5 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Juanita Anderson, Representative ) <br> for the Estate of Stephen W. Serafini ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> Samuel D. Cook, III and May Trucking, ) <br> LLC, ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | Civil Action No.3:06CV53 |

## **ORDER**

Upon application of the foregoing Application for Admission Pro Hac Vice, it is ORDERED that the Application for Pro Hac Vice Admission be, and the same is hereby, APPROVED and that the applicant may appear pro hac vice in this matter on behalf of the represented party.

ENTER: 10-24-2007

_____
United State District Judge

ABC000130001